IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANNIKO L. RHODES,** | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 04-0580-CG-B |
| **JO ANNE B. BARNHART,** | : |
| **Commissioner of Social Security,** | |
| | : |
| Defendant. | |

# ORDER

After due and proper consideration of all pleadings in this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 21, 2006 is adopted as the opinion of this court.

**DONE and ORDERED** this 25th day of August, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE